# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDIN EDUARDO ALVAREZ,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
STOREY; AND THE HONORABLE
JAMES E. WILSON, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82821

**FILED**

JUN 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion to reduce bail. We conclude that extraordinary relief is not warranted because petitioner has not met his substantial burden of demonstrating a clear legal right to the relief requested. *See* NRS 34.160; *Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1196 (2020) (recognizing petitioner's substantial burden to demonstrate a clear legal right to a particular course of action where the court is entrusted with discretion on the issue); *Poulos v. Eighth Judicial Dist. Court*, 98 Nev. 453, 455, 652 P.2d 1177, 1178 (1982) (recognizing that it is within this court's discretion whether to issue a writ of mandamus); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981) (recognizing that a writ of mandamus is available to compel the performance of an action which the law requires as a duty resulting from an office, trust, or station or to control an arbitrary or capricious exercise of discretion). Here, the district court conducted a

21-16644

hearing on the motion and entered written findings of fact and conclusions. *See Valdez-Jimenez v. Eighth Judicial Dist. Court*, 136 Nev. 155, 166, 460 P.3d 976, 987 (2020) (setting forth procedural due process requirements). In denying the motion, the district court considered the relevant statutory factors and nonmonetary alternatives to bail. *See id.* at 164-65, 460 P.3d at 986. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. James E. Wilson, District Judge
      State Public Defender/Carson City
      Attorney General/Carson City
      Storey County District Attorney
      Storey County Clerk